IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN D. LOVELACE, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONWIDE MUTUAL | : | |
| INSURANCE COMPANY, | : | No. 18-2701 |
|     Defendant. | : | |

## ORDER

**AND NOW**, this **10ᵗʰ** day of **August, 2018**, upon consideration of Defendant's Motion to Dismiss Portions of Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiff's response thereto, and for the reasons provided in this Court's Memorandum dated August 10, 2018, it is **ORDERED** that Defendant's motion (Document No. 3) is **DENIED**.

BY THE COURT:

*/s/ Berle M. Schiller*

**Berle M. Schiller, J.**